**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br><br>Anthony Michael Sclafani<br>　　　　　Debtor | Case No.: 25-10235-amc<br>Chapter 7 |

**DEBTOR'S MOTION TO CONVERT CHAPTER 11**
**CASE TO CHAPTER 7 CASE**

Debtor, Anthony Michael Sclafani, pursuant to 11 U.S.C. §706(a), hereby elects to convert the above-captioned Chapter 11 case to a case under Chapter 7 of the Bankruptcy code. The Debtor is entitled to convert his case because:

1. This case, filed on 1/17/2025, has not been previously converted under sections 1112, 1208, or 1307 of the Bankruptcy Code.

2. Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Debtor prays for the relief under Chapter 7 of the Bankruptcy Code.

Date: __1/28/2025__

　　　　　　　　　　　　　　　　*/s/ Anthony Richardson*
　　　　　　　　　　　　　　　　Anthony L. Richardson, Esquire
　　　　　　　　　　　　　　　　Attorney ID #164398
　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　Legal Aid of Southeastern PA
　　　　　　　　　　　　　　　　625 Swede Street
　　　　　　　　　　　　　　　　Norristown, PA 19401
　　　　　　　　　　　　　　　　arichardson@lasp.org